United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1312

_____

Johnson Brothers Wholesale Liquor &ast;
Co., Inc., &ast;
&ast;
          Petitioner, &ast;
&ast;
    v. &ast;
&ast;
National Labor Relations Board, &ast;
&ast;
          Respondent. &ast;

On Petition for Review from
National Labor Relations Board.

_____

No. 97-1666 [UNPUBLISHED]

_____

Johnson Brothers Wholesale Liquor &ast;
Co., Inc., &ast;
&ast;
          Respondent, &ast;
&ast;
    v. &ast;
&ast;
National Labor Relations Board, &ast;
&ast;
          Petitioner. &ast;

_____

Submitted:  December 10, 1997
Filed:  December 19, 1997

_____

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Johnson Brothers Wholesale Liquor Co., Inc. (the Company) petitions for review of an order of the National Labor Relations Board (the Board), and the Board seeks to enforce the order against the Company. Having considered the record and the parties' arguments, we find no error in the Board's decision. Because our review involves the application of established principles of law in a fact-intensive case, and the parties' submissions show they are thoroughly familiar with the issues before the court, we conclude that an extensive discussion would serve no useful purpose. Accordingly, we enforce the Board's order without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.